Case: 1:23-mj-00044
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 2/23/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, ▮▮▮▮▮▮▮▮, is a special agent assigned to the Federal Bureau of Investigation ("FBI") Norfolk Field Office. In my duties as a special agent, I investigate national security matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Open-source video and U.S. Capitol security cameras captured multiple images of NATHAN WATTS ("WATTS") of ▓▓▓▓▓▓▓, participating in the riot at the U.S. Capitol on January 6, 2021.

**IMAGE 1**, an open-source photograph from Facbeook,[1] shows WATTS, wearing a red "Make America Great Again" baseball cap, a dark-colored scarf, and a bluish-grey jacket at the Washington Monument on January 6, 2021.



**IMAGE 1** – WATTS near the Washington Monument.

---

[1] https://www.facebook.com/photo.php?fbid=1364806380525626&set=pb.100009888308738.-2207520000.&type=3

Security video surveillance from inside the U.S. Capitol shows that WATTS was inside the U.S. Capitol for approximately fifteen minutes, and entered via the Senate Wing Door at approximately 3:01 pm, as captured in **IMAGE 2**.



**IMAGE 2** – WATTS entering the U.S. Capitol via the Senate Wing Door.

Once WATTS was inside, he walked south toward the Rotunda and Crypt. He entered the Crypt of the U.S. Capitol at approximately 3:06 pm, as captured in **IMAGE 3**.



**IMAGE 3** – WATTS inside the Crypt of the U.S. Capitol.

Open-source video originally livestreamed on DLive.tv by a participant inside the U.S. Capitol on January 6 shows WATTS inside a congressional conference room at approximately 3:11 pm. **IMAGE 4** is a still shot from said video.



**IMAGE 4** – WATTS inside a congressional conference room.

Security video surveillance from inside the U.S. Capitol shows that WATTS exited the U.S. Capitol via the Senate Wing Door at approximately 3:16 pm, as captured in **IMAGE 5**. In total, WATTS spent approximately 15 minutes inside the Capitol building.



**IMAGE 5** – WATTS lining up to exit the U.S. Capitol via the Senate Wing Door.

Law enforcement officers from the FBI spoke with WATTS in person on July 14, 2021. One of the law enforcement officers present for the conversation stated that WATTS was the person pictured in the open-source photos herein. Specifically, the law enforcement officer had previously observed a number of photographs of the individual wearing a red "Make America Great Again" baseball cap, a dark-colored scarf, and a bluish-grey jacket (described above) and, after meeting WATTS in person, was able to determine that the person was WATTS.

Law enforcement officers from the FBI spoke with a person familiar with WATTS on January 25, 2023. Said person identified WATTS to be the person depicted in IMAGE 4 (above), referring to the person in the red hat in the left-hand side of the image.

On January, 6, 2021, WATTS was not authorized to be in any of the restricted areas on U.S. Capitol grounds, including the Capitol building.

Based on the foregoing, your affiant submits that there is probable cause to believe that WATTS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that WATTS violated 40 U.S.C. § 5104(e)(2), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of February 2023.

_____

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE