AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-mj-00044 |
| Nathan Watts | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 2/23/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Nathan Watts__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..

Date: 02/23/2023

Digitally signed by Moxila A. Upadhyaya
Date: 2023.02.23 11:59:16 -05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.       Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/23/23, and the person was arrested on *(date)* 02/28/23
at *(city and state)* Chesapeake, VA

Date: 02/28/23

*Arresting officer's signature*

Nathan Smoots / Special Agent
*Printed name and title*