UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:23cr89 (ABJ) |
| Plaintiff | ) | |
| v. | ) | MAGISTRATE NO. 1:23mj44 (MAU) |
| NATHAN WATTS | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew Hill, Assistant Federal Public Defender, hereby notes his appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Dated this the 24th day of March, 2023.

Respectfully Submitted,

Nathan Watts
By Counsel

JUVAL O. SCOTT
Federal Public Defender
Western District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889
New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney, this 24th day of March, 2023.

s/Matthew Hill