UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Case No. 23-CR-00089 (ABJ) |
| | ) |
| **NATHAN WATTS,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF WITHDRAWAL**

The Office of the Federal Public Defender, informs the Court that Assistant Federal Public Defender Eugene Ohm, is terminating his appearance as counsel for Nathan Watts on the record in this matter.  Attorney Matthew Hill entered his appearance on March 24, 2023 as counsel for Mr. Watts.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

      /s/
    _____

    Eugene Ohm
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500