CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 23-089 (ABJ)
)
)
NATHAN WATTS )
)
)

**FILED**

**JUN 26 2023**

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Amy Berman Jackson
United States District Judge

Date: 6/26/2023