The Honorable Judge Amy Berman Jackson,                              September 3, 2023

My name is Antonio J Biondo, Sr. I was born and raised in Baltimore, Maryland and worked for 40 years for ABB Inc, a global industrial controls company.  After retirement, my wife and I moved to and currently reside in New Church, Virginia. I am serving as one of the Elders for Onancock Baptist Church in Onancock, Virgina.  One of my ministry duties is to teach a class for Young Adults ages 18-30 years.

Nathan Watts is a regular attendee at the same Church and he is also part of the Young Adults Class. It is in my capacity of leading/teaching this class that I have had the opportunity to get to know Nathan.

Nathan has been a committed member of the Young Adults' class for nearly 2 years. He has shown much interest in discussing and learning Theology.  Along with the weekly study, our group also meets monthly for a time of fun and fellowship by either bowling or playing other games.  Nathan participates and enjoys interacting with the other young people.

Nathan has shown compassion and care for others. He is helpful to one young lady who is handicapped in our group and he lives with and cares for his grandmother. He is a diligent worker who comes to our Monday Group immediately after work, sometimes skipping the dinner meal.

Nathan is currently working for an Auto Parts Company, but he has been actively seeking employment elsewhere. He is particularly interested in a career in manufacturing and analytical testing.  He has some college credits under his belt and is looking to attend Community College as his job allows.

I do not know all of the details of his case, but I can safely say that Nathan would not willingly participate in any destructive or violent action. He has not shown any of these types of behaviors in all the time that I have known him.

I would ask that you take this into consideration as you make your decision on his pending case and sentencing.

Please feel free to contact me if you have any questions.

Respectfully yours,

*(signature)*

Antonio J Biondo
32607 Stoney Creek Road
New Church, Virginia 23415
757-824-3208