September 11, 2023


Dear Honorable Judge,


I am the Pastor of the Hallwood Baptist Church in Hallwood, VA and have been the pastor here for 22 years.  I am writing this letter to attest to the character and faith of Nathan Watts.  Nathan has attended the Hallwood Baptist Church regularly for the past 3 years.  He also attended our church earlier with his father and grandfather when visiting the Shore.  Nathan has also been attending Bible Study and contributes to the discussion of scripture as it applies to our present Christian ethics and leadership.  Nathan associates and cooperates with all members of our congregation.  Nathan demonstrates a high moral character.


Nathan is gainfully employed and committed to grow his career by taking courses at our community college.  Please contact me with any questions that you might have at 757-710-3499 or dannyshrieves@gmail.com.


May God Bless You,

Danny Shrieves

Danny Shrieves

Pastor of the Hallwood Baptist Church