Thursday, September 14, 2023

To Honorable Judge Jackson,

    My name is Randall Stapleton; I am a retired Youth Pastor. I know Nathan Watts through Church and as his Mentor in our Youth Adult Ministry. I have known Nathan for approximately five-plus years. Nathan is a Christian and a sound young man who loves our Lord Jesus Christ. Nathan is dedicated to serving the Lord in his Church and is a dedicated employee at our local Auto Parts store.

    I understand that Nathan is in court for his involvement with the January sixth event in Washington, DC. Because Nathan is a young man of Christian integrity, he will support whatever sentence he is rendered.

    I am available to answer any further questions for me, Your Honor. I can be reached anytime at (757) 894-6015 and via email: rstapleton6177@gmail.com.

In Christ,

Randall L. Stapleton